```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CV-02075-JAM-DAD |
| Plaintiff, | ) | APPLICATION AND ORDER FOR PUBLICATION |
| v. | ) | |
| REAL PROPERTY LOCATED AT 6525 SOUTH BRUCE STREET, LAS VEGAS, NEVADA, CLARK COUNTY, APN: 177-02-510-005, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) ) | |
| Defendant. | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

/////

/////

1

1      2.   Local Rule 83-171, Eastern District of California,
2 provides that the Court shall designate by order the appropriate
3 newspaper or other vehicle for publication;
4      3.   The defendant real property is located in the city of
5 Las Vegas, in Clark County, Nevada;
6      4.   Plaintiff proposes that publication be made as follows:
7           a.   One publication;
8           b.   Thirty (30) consecutive days;
9           c.   On the official internet government forfeiture
10 site www.forfeiture.gov;
11          d.   The publication is to include the following:
12               (1)  The Court and case number of the action;
13               (2)  The date of posting of the real property;
14               (3)  The identity and/or description of the real
15 property posted;
16               (4)  The name and address of the attorney for the
17 Plaintiff;
18               (5)  A statement that claims of persons entitled
19 to possession or claiming an interest pursuant to Supplemental
20 Rule G(5) must be filed with the Court and served on the attorney
21 for the Plaintiff no later than 60 days after the first day of
22 publication on the official internet government forfeiture site;
23 and
24               (6)  A statement that answers to the Complaint or
25 a motion under Rule 12 of the Federal Rules of Civil Procedure
26 ("Fed. R. Civ. P.") must be filed and served within 20 days after
27 ///
28 ///

2

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: Sept. 3, 2008               McGREGOR W. SCOTT
                                   United States Attorney


                                   /s/ Kristin S. Door
                                   KRISTIN S. DOOR
                                   Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: September 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.civil/USvRealProperty2075.ord