1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   2:08-CV-02075-JAM-GGH
                                       )
12        Plaintiff,                   )   **STIPULATION TO STAY**
                                       )   **FURTHER PROCEEDINGS AND**
13     v.                              )   **ORDER**
                                       )
14  REAL PROPERTY LOCATED AT 6525      )
    SOUTH BRUCE STREET, LAS VEGAS,     )
15  NEVADA, CLARK COUNTY,              )   DATE: N/A
    APN: 177-02-510-005, INCLUDING ALL )   TIME: N/A
16  APPURTENANCES AND IMPROVEMENTS     )   COURTROOM: N/A
    THERETO,                           )
17                                     )
          Defendant.                   )
18  _____  )
    UNITED STATES OF AMERICA,          )   2:08-cv-2752 JAM-GGH
19                                     )
          Plaintiff,                   )
20                                     )
       v.                              )
21                                     )
    APPROXIMATELY $23,770.87 IN U.S.   )
22  CURRENCY SEIZED FROM BANK OF       )
    AMERICA ACCOUNT NO. 0050 1112 8989,)
23  HELD IN THE NAME OF G&R EMPIRE,    )
    LLC,                               )
24                                     )
    APPROXIMATELY $6,741.29 IN U.S.    )
25  CURRENCY SEIZED FROM BANK OF       )
    AMERICA ACCOUNT NO. 0050 1113 0692,)
26  HELD IN THE NAME OF PHOENIX CASH & )
    CARRY, LLC,                        )
27                                     )

28

                              1       STIPULATION TO STAY FURTHER
                                 PROCEEDINGS AND ORDER [PROPOSED]

1  APPROXIMATELY $9,774.73 IN U.S.       )
   CURRENCY SEIZED FROM BANK OF          )
2  AMERICA ACCOUNT NO. 0049 6875 8911,)
   HELD IN THE NAME OF IDEAL TOBACCO, )
3  WHOLESALE, INC.,                      )
                                         )
4  APPROXIMATELY $7,054.55 IN U.S.       )
   CURRENCY SEIZED FROM WELLS FARGO      )
5  BANK ACCOUNT NO. 671-0134131, HELD )
   IN THE NAME OF BITTAR FAMILY TRUST,)
6                                        )
   APPROXIMATELY $31,402.20 IN U.S.      )
7  CURRENCY SEIZED FROM WELLS FARGO      )
   BANK ACCOUNT NO. 091-1704013, HELD )
8  IN THE NAME OF RAED MOURI AND         )
   LOUDY EGHO,                           )
9                                        )
   APPROXIMATELY $29,095.02 IN U.S.      )
10 CURRENCY SEIZED FROM WELLS FARGO      )
   BANK ACCOUNT NO. 071-0335696, HELD )
11 IN THE NAME OF BITTAR FAMILY TRUST,)
                                         )
12 APPROXIMATELY 6,954 TOTAL BOXES OF )
   ASSORTED SMOKEABLE OTP EVIDENCE       )
13 (CONTAINING APPROXIMATELY 431,447     )
   UNITS OF SMOKEABLE OTP) RECOVERED     )
14 FROM IDEAL TOBACCO WHOLESALE,         )
                                         )
15 APPROXIMATELY 22 TOTAL BOXES OF       )
   SMOKEABLE OTP EVIDENCE (CONTAINING )
16 APPROXIMATELY 1,350 UNITS OF          )
   SMOKEABLE OTP) RECOVERED FROM THE )
17 ABF DELIVERY TRUCK AT IDEAL           )
   TOBACCO WHOLESALE, AND                )
18                                       )
   APPROXIMATELY 87,595 UNITS OF         )
19 ASSORTED SMOKEABLE OTP EVIDENCE       )
   RECOVERED FROM PHOENIX CASH &         )
20 CARRY,                                )
                                         )
21          Defendants.                  )
   _____      )
22 UNITED STATES OF AMERICA,             )      2:09-cv-0111 JAM-GGH
                                         )
23          Plaintiff,                   )
                                         )
24      v.                               )
                                         )
25 APPROXIMATELY $4,023.00 IN U.S.       )
   CURRENCY,                             )
26                                       )
   APPROXIMATELY $1,280.00 IN U.S.       )
27 CURRENCY,                             )

28

|   |   |   |
|---|---|---|
| 1 |  | ) |
| 2 | APPROXIMATELY $6,268.00 IN U.S. CURRENCY, | ) ) |
|   |  | ) |
| 3 | APPROXIMATELY $5,510.00 IN U.S. CURRENCY, and | ) ) |
| 4 |  | ) |
| 5 | APPROXIMATELY 169 Boxes of SMOKELESS TOBACCO, | ) ) |
|   |  | ) |
| 6 | Defendants. | ) |
| 7 | ———————————————————— | ) |

8  Plaintiff United States of America, and Claimants G&R Empire

9  LLC; Phoenix Cash & Carry LLC; Raed "Roy" Mouri and Loudy Egho, as

10 Trustees of the MGM Trust dated May 16, 2005; George Bittar and

11 Wanda Bittar, as trustees of the Bittar Family Trust, dated

12 December 23, 2003; George Bittar; Ideal Tobacco Wholesale, Inc.

13 (hereafter referred to collectively as "claimants") and Centennial

14 Bank, by and through their respective counsel, hereby stipulate

15 that a stay is necessary in the above-entitled actions, and request

16 that the Court enter an order staying all further proceedings until

17 July 5, 2010, due to an on-going criminal investigation against

18 Phoenix Cash & Carry LLC, G&R Empire LLC, Ideal Tobacco Wholesale,

19 Inc., Raed Mouri, and George Bittar.

20    1.   Each of the claimants has filed a claim to the defendant

21 property, but have not yet filed their Answers and will not be

22 required to do so until the stay contemplated by this stipulation

23 expires.  Centennial Bank has timely filed a claim to the defendant

24 property and an Answer to the Verified Complaint for Forfeiture In

25 Rem.

26    2.   The stay is requested pursuant to 18 U.S.C.

27 §§ 981(g)(1) and 981(g)(2).  The plaintiff contends that Raed Mouri

28

and George Bittar and others were involved in a scheme to defraud
the California Board of Equalization out of excise taxes due on the
sale of tobacco products.  The plaintiff further contends that
Mouri, Bittar, and others used the U.S. mail to execute the fraud
scheme, and that the proceeds of the scheme are traceable to the
seized tobacco products and to the bank accounts from which the
defendant funds were seized.  Plaintiff further contends that the
defendant funds were involved in money laundering transactions.
Raed Mouri and George Bittar deny these allegations.

        3.   To date no one has been charged with any criminal offense
by state, local, or federal authorities, and it is the plaintiff's
position that the statute of limitations has not expired on
potential criminal charges relating to the fraud scheme.
Nevertheless, the plaintiff intends to depose claimants Raed and
Mouri regarding their claims, their ownership and/or management of
Phoenix Cash & Carry LLC, G&R Empire LLC, Ideal Tobacco Wholesale,
Inc., and their involvement in the sale of tobacco products into
California.  If discovery proceeds at this time, claimants will be
placed in the difficult position of either invoking their Fifth
Amendment rights against self-incrimination and losing the ability
to pursue their claims to the defendant property, or waiving their
Fifth Amendment rights and submitting to a deposition and
potentially incriminating themselves.  If they invoke their Fifth
Amendment rights, the plaintiff will be deprived of the ability to
explore the factual basis for the claims they filed with this
court.

        4.   In addition, claimants intend to depose, among others,

the agents involved with this investigation, including but not limited to the agents with the Bureau of Alcohol, Tobacco, Firearms & Explosives and the California Board of Equalization.  Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the federal authorities to investigate the alleged underlying criminal conduct.

5.   The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claim to the property and to assert any defenses to forfeiture.  For these reasons, the parties jointly request that these matters be stayed until July 5, 2010.  At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

6.   While this case is stayed, claimants agree to keep current all payments due to Centennial Bank under the promissory note dated September 24, 2007, in the original principal amount of $2,225,000.00, and secured by the deed of trust recorded in Clark County, Nevada, on September 27, 2007, encumbering the defendant property.

7.   In the event claimants default in their obligations to Centennial Bank, Centennial Bank and claimants agree to join any government motion for interlocutory sale of the defendant property. The term "default" shall mean any default under the note and deed of trust encumbering the defendant property and any other documents executed by claimants in connection therewith.

1      8.   This stay shall not affect the obligation of Centennial

2 Bank to respond to discovery requests served on it by plaintiff

3 prior to the execution of this stipulation.

4

5 Dated: March 5, 2010              BENJAMIN B. WAGNER
                                    United States Attorney
6

7                            By   /s/ Kristin S. Door
                                    KRISTIN S. DOOR
8                                   Assistant U.S. Attorney
                                    Attorneys for Plaintiff
9                                   United States of America

10

11 Dated: March 5, 2010
                                    /s/ Jeffrey B. Setness (as authorized
12                                  on March 5, 2010)
                                    JEFFREY B. SETNESS
13                                  Mayall, Hurley, Knutsen,
                                    Smith & Green
14                                  Attorneys for G&R Empire LLC; Phoenix
                                    Cash & Carry LLC; Raed "Roy" Mouri
15                                  and Loudy Egho, as Trustees of the
                                    MGM Trust dated May 16, 2005; George
16                                  Bittar and Wanda Bittar, as trustees
                                    of the Bittar Family Trust, dated
17                                  December 23, 2003; George Bittar; and
                                    Ideal Tobacco Wholesale, Inc.
18

19

20 Dated: March 5, 2010              /s/ Kenneth Miller (as authorized on
                                    March 5, 2010)
21                                  KENNETH MILLER
                                    Ervin Cohen & Jessup, LLP
22                                  Attorneys for claimant
                                    Centennial Bank
23

24 //

25 //

26

27

28
                                    6        STIPULATION TO STAY FURTHER
                                         PROCEEDINGS AND ORDER [PROPOSED]

**ORDER**

For the reasons set forth above, these matters is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until July 5, 2010.  On or before July 5, 2010, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: March 5, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

STIPULATION TO STAY FURTHER
PROCEEDINGS AND ORDER [PROPOSED]