1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | 2:08-CV-02075-JAM-GGH |
   |                           | ) |                       |
12 |         Plaintiff,        | ) | **STIPULATION TO STAY** |
   |                           | ) | **FURTHER PROCEEDINGS AND** |
13 |     v.                    | ) | **ORDER**             |
   |                           | ) |                       |
14 | REAL PROPERTY LOCATED AT 6525 | ) | |
   | SOUTH BRUCE STREET, LAS VEGAS, | ) | |
15 | NEVADA, CLARK COUNTY,     | ) | DATE: N/A |
   | APN: 177-02-510-005, INCLUDING ALL | ) | TIME: N/A |
16 | APPURTENANCES AND IMPROVEMENTS | ) | COURTROOM: N/A |
   | THERETO,                  | ) | |
17 |                           | ) | |
   |         Defendant.        | ) | |
18 |                           | ) | |
   | UNITED STATES OF AMERICA, | ) | 2:08-cv-2752 JAM-GGH |
19 |                           | ) | |
   |         Plaintiff,        | ) | |
20 |                           | ) | |
   |     v.                    | ) | |
21 |                           | ) | |
   | APPROXIMATELY $23,770.87 IN U.S. | ) | |
22 | CURRENCY SEIZED FROM BANK OF | ) | |
   | AMERICA ACCOUNT NO. 0050 1112 8989, | ) | |
23 | HELD IN THE NAME OF G&R EMPIRE, | ) | |
   | LLC,                      | ) | |
24 |                           | ) | |
   | APPROXIMATELY $6,741.29 IN U.S. | ) | |
25 | CURRENCY SEIZED FROM BANK OF | ) | |
   | AMERICA ACCOUNT NO. 0050 1113 0692, | ) | |
26 | HELD IN THE NAME OF PHOENIX CASH & | ) | |
   | CARRY, LLC,               | ) | |
27 |                           | ) | |

28

                                1

1   APPROXIMATELY $9,774.73 IN U.S.   )
    CURRENCY SEIZED FROM BANK OF   )
2   AMERICA ACCOUNT NO. 0049 6875 8911,)
    HELD IN THE NAME OF IDEAL TOBACCO, )
3   WHOLESALE, INC.,   )
    )
4   APPROXIMATELY $7,054.55 IN U.S.   )
    CURRENCY SEIZED FROM WELLS FARGO   )
5   BANK ACCOUNT NO. 671-0134131, HELD )
    IN THE NAME OF BITTAR FAMILY TRUST,)
6     )
    APPROXIMATELY $31,402.20 IN U.S.   )
7   CURRENCY SEIZED FROM WELLS FARGO   )
    BANK ACCOUNT NO. 091-1704013, HELD )
8   IN THE NAME OF RAED MOURI AND   )
    LOUDY EGHO,   )
9     )
    APPROXIMATELY $29,095.02 IN U.S.   )
10  CURRENCY SEIZED FROM WELLS FARGO   )
    BANK ACCOUNT NO. 071-0335696, HELD )
11  IN THE NAME OF BITTAR FAMILY TRUST,)
12  APPROXIMATELY 6,954 TOTAL BOXES OF )
    ASSORTED SMOKEABLE OTP EVIDENCE   )
13  (CONTAINING APPROXIMATELY 431,447  )
    UNITS OF SMOKEABLE OTP) RECOVERED  )
14  FROM IDEAL TOBACCO WHOLESALE,   )
    )
15  APPROXIMATELY 22 TOTAL BOXES OF   )
    SMOKEABLE OTP EVIDENCE (CONTAINING )
16  APPROXIMATELY 1,350 UNITS OF   )
    SMOKEABLE OTP) RECOVERED FROM THE  )
17  ABF DELIVERY TRUCK AT IDEAL   )
    TOBACCO WHOLESALE, AND   )
18     )
    APPROXIMATELY 87,595 UNITS OF   )
19  ASSORTED SMOKEABLE OTP EVIDENCE   )
    RECOVERED FROM PHOENIX CASH &   )
20  CARRY,   )
    )
21        Defendants.   )
    _____)
22  UNITED STATES OF AMERICA,   )     2:09-cv-0111 JAM-GGH
    )
23        Plaintiff,   )
    )
24    v.   )
    )
25  APPROXIMATELY $4,023.00 IN U.S.   )
    CURRENCY,   )
26     )
    APPROXIMATELY $1,280.00 IN U.S.   )
27  CURRENCY,   )
    )
28  APPROXIMATELY $6,268.00 IN U.S.   )

STIPULATION TO STAY FURTHER
PROCEEDINGS AND ORDER [PROPOSED]

1  CURRENCY,                              )
                                          )
2  APPROXIMATELY $5,510.00 IN U.S.        )
   CURRENCY, and                          )
3                                         )
   APPROXIMATELY 169 Boxes of             )
4  SMOKELESS TOBACCO,                     )
                                          )
5          Defendants.                    )
                                          )
6  ─────────────────────────────────────

7       Plaintiff United States of America, and Claimants G&R Empire

8  LLC; Phoenix Cash & Carry LLC; Raed "Roy" Mouri and Loudy Egho, as

9  Trustees of the MGM Trust dated May 16, 2005; George Bittar and

10 Wanda Bittar, as trustees of the Bittar Family Trust, dated

11 December 23, 2003; George Bittar; Ideal Tobacco Wholesale, Inc.

12 (hereafter referred to collectively as "claimants") and Centennial

13 Bank, by and through their respective counsel, hereby stipulate

14 that a stay is necessary in the above-entitled actions, and request

15 that the Court enter an order staying all further proceedings until

16 January 5, 2011, except as otherwise set forth in this stipulation,

17 due to an on-going criminal investigation against Phoenix Cash &

18 Carry LLC, G&R Empire LLC, Ideal Tobacco Wholesale, Inc., Raed

19 Mouri, and George Bittar.

20      1.   Each of the claimants has filed a claim to the defendant

21 property, but have not yet filed their Answers and will not be

22 required to do so until the stay contemplated by this stipulation

23 expires.  Centennial Bank has timely filed a claim to the defendant

24 property and an Answer to the Verified Complaint for Forfeiture In

25 Rem.

26      2.   The stay is requested pursuant to 18 U.S.C.

27 §§ 981(g)(1) and 981(g)(2).  The plaintiff contends that Raed Mouri

28 and George Bittar and others were involved in a scheme to defraud

                                   3
                                        STIPULATION TO STAY FURTHER
                                        PROCEEDINGS AND ORDER [PROPOSED]

1 the California Board of Equalization out of excise taxes due on the
2 sale of tobacco products.  The plaintiff further contends that
3 Mouri, Bittar, and others used the U.S. mail to execute the fraud
4 scheme, and that the proceeds of the scheme are traceable to the
5 seized tobacco products and to the bank accounts from which the
6 defendant funds were seized.  Plaintiff further contends that the
7 defendant funds were involved in money laundering transactions.
8 Raed Mouri and George Bittar deny these allegations.

9      3.   To date no one has been charged with any criminal offense
10 by state, local, or federal authorities, and it is the plaintiff's
11 position that the statute of limitations has not expired on
12 potential criminal charges relating to the fraud scheme.
13 Nevertheless, the plaintiff intends to depose claimants Raed and
14 Mouri regarding their claims, their ownership and/or management of
15 Phoenix Cash & Carry LLC, G&R Empire LLC, Ideal Tobacco Wholesale,
16 Inc., and their involvement in the sale of tobacco products into
17 California.  If discovery proceeds at this time, claimants will be
18 placed in the difficult position of either invoking their Fifth
19 Amendment rights against self-incrimination and losing the ability
20 to pursue their claims to the defendant property, or waiving their
21 Fifth Amendment rights and submitting to a deposition and
22 potentially incriminating themselves.  If they invoke their Fifth
23 Amendment rights, the plaintiff will be deprived of the ability to
24 explore the factual basis for the claims they filed with this
25 court.

26      4.   In addition, claimants intend to depose, among others,
27 the agents involved with this investigation, including but not
28 limited to the agents with the Bureau of Alcohol, Tobacco, Firearms

STIPULATION TO STAY FURTHER
PROCEEDINGS AND ORDER [PROPOSED]

& Explosives and the California Board of Equalization.  Allowing
depositions of the law enforcement officers at this time would
adversely affect the ability of the federal authorities to
investigate the alleged underlying criminal conduct.

5.   The parties recognize that proceeding with these actions
at this time has potential adverse effects on the investigation of
the underlying criminal conduct and/or upon the claimants' ability
to prove their claim to the property and to assert any defenses to
forfeiture.  For these reasons, the parties jointly request that
these matters be stayed until January 5, 2011, in accordance with
the terms of this stipulation.  At that time the parties will
advise the court of the status of the criminal investigation, if
any, and will advise the court whether a further stay is necessary.

6.   Claimants failed to make the May and June 2010 payments
to Centennial Bank under the promissory note dated September 24,
2007, in the original principal amount of $2,225,000.00, and
secured by the deed of trust recorded in Clark County, Nevada, on
September 27, 2007, encumbering the defendant property.  By
entering into this stipulation neither Centennial Bank nor the
plaintiff waives its rights to move for an interlocutory sale of
the defendant property, or to move for authorization to allow
Centennial Bank to proceed with enforcement of all of its rights
and remedies under its deed of trust, including, without
limitation, proceeding with foreclosure of its deed of trust and
having such motion heard before January 5, 2011, or to move for
//
//

STIPULATION TO STAY FURTHER
PROCEEDINGS AND ORDER [PROPOSED]

1   dismissal with prejudice and to seek a Certificate of Reasonable

2 Cause pursuant to 28 U.S.C. § 2465.

3 Dated: July 1, 2010           BENJAMIN B. WAGNER
                            United States Attorney

4
                      By   /s/ Kristin S. Door

5                             KRISTIN S. DOOR
                            Assistant U.S. Attorney

6                             Attorneys for Plaintiff
                            United States of America

7 Dated: July 1, 2010
                            /s/ Robert W. Wasserman for

8                             JEFFREY B. SETNESS
                            (As authorized on 7/1/2010)

9                             Mayall, Hurley, Knutsen,
                            Smith & Green

10                           Attorneys for G&R Empire LLC; Phoenix
                          Cash & Carry LLC; Raed "Roy" Mouri

11                           and Loudy Egho, as Trustees of the
                          MGM Trust dated May 16, 2005; George

12                           Bittar and Wanda Bittar, as trustees
                          of the Bittar Family Trust, dated

13                           December 23, 2003; George Bittar; and
                          Ideal Tobacco Wholesale, Inc.

14

15 Dated: July 1, 2010           /s/ Kenneth Miller

16                           (As authorized on 7/1/2010)
                          KENNETH MILLER

17                           Ervin Cohen & Jessup, LLP
                          Attorneys for claimant

18                           Centennial Bank

19                               **ORDER**

20     For the reasons set forth above, these matters are stayed

21 pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until January 5,

22 2011, in accordance with the terms of this stipulation.  On or

23 before January 5, 2011, the parties will advise the court whether a

24 further stay is necessary.

25 IT IS SO ORDERED.

26 Dated: July 1, 2010

27                           /s/ John A. Mendez
                          JOHN A. MENDEZ

28                           UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO STAY FURTHER
PROCEEDINGS AND ORDER [PROPOSED]