1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:08-CV-02075-JAM-GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER |
| v. | ) | CERTIFICATE OF REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 6525 SOUTH BRUCE STREET, LAS VEGAS, NEVADA, CLARK COUNTY, APN: 177-02-510-005, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between plaintiff United States of America, claimants G&R Empire LLC; Raed "Roy" Mouri and Loudy Egho, as Trustees of the MGM Trust dated May 16, 2005; and George Bittar and Wanda Bittar, as trustees of the Bittar Family Trust, dated December 23, 2003, and Lien Assignee National Loan Acquisitions Company, by and through their respective counsel of record, as follows:

1.  The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.  The parties are to bear their own costs and attorney fees.

3.  There was probable cause for the posting of the defendant

real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED: 5/5/11                BENJAMIN B. WAGNER
                             United States Attorney

                     By:     /s/ Kelli L. Taylor
                             KELLI L. TAYLOR
                             Assistant U.S. Attorney


Dated: May 5, 2011
                     By:     /s/ Jeffrey B. Setness
                             JEFFREY B. SETNESS
                             Mayall, Hurley, Knutsen, Smith & Green
                             Attorneys for G&R Empire LLC; Raed "Roy" Mouri and Loudy Egho, as Trustees of the MGM Trust dated May 16, 2005; George Bittar and Wanda Bittar, as trustees of the Bittar Family Trust, dated December 23, 2003


Dated: 4/21/2011             LITCHFIELD CAVO LLP


                     By:     /s/Edward C. Hsu
                             Edward D. Vaisbort
                             Richard D. Hoang
                             Edward C. Hsu
                             Attorneys for Lien Assignee National Loan Acquisitions Company

                             (Original signatures retained by attorney)

    IT IS SO ORDERED.

DATED: 5/5/2011              /s/ John A. Mendez
                             JOHN A. MENDEZ
                             United States District Court


                   CERTIFICATE OF REASONABLE CAUSE

   Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 4, 2008, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this

Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

DATED: 5/5/2011                /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Court